■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON ROGERS, Appellant.—Appeal by defendant from a judgment of County Court, Nassau County, rendered August 12, 1976, convicting him of murder in the second degree (two counts), robbery in the first degree, burglary in the first degree, and rape in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. (See *People v Henderson,* 73 AD2d 675.) Lazer, J. P., Gulotta, Cohalan and Gibbons, JJ., concur.